# ▉FOLEY

**FOLEY & LARDNER LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    10/03/2024

October 2, 2024

**Via ECF**

Hon. Analisa Torres
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    ***Clay Lee Jones v. Dita, Inc., 24-cv-05867-AT***

Dear Judge Torres:

      We represent defendant Dita, Inc. ("Dita") in the above-referenced matter. We write <u>with the consent of plaintiff Clay Lee Jones ("Jones")</u> regarding certain deadlines in the matter. With respect to Dita's time to respond to the Complaint, the parties have agreed to extend Dita's time from September 3, 2024, through October 25, 2024. Further, the parties respectfully request that the deadline for submission of a Joint Proposed Case Management Plan and Scheduling Order also be extended from October 7, 2024 (*see* ECF No. 5) to November 15, 2024. We seek these extensions to permit the parties an opportunity to explore a potential resolution of the matter. No prior extensions have been sought, and the requested extensions do not affect any other scheduled dates.

      We thank the Court for its attention to this matter.

                       Respectfully submitted,

                       */s/ Anne B. Sekel*
                       Anne B. Sekel
                       FOLEY & LARDNER LLP
                       90 Park Avenue
                       New York, NY 10016-1314
                       (212) 682-7474
                       asekel@foley.com

GRANTED.

SO ORDERED.

Dated: October 3, 2024
      New York, New York                                        **ANALISA TORRES**
                                            **United States District Judge**